IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| HOWARD WOODLIN, | § | |
| | § | No. 422, 2017 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. K0709033390 |
| STATE OF DELAWARE, | § | |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: April 11, 2018
Decided: April 12, 2018

Before **STRINE**, Chief Justice, **SEITZ** and **TRAYNOR**, Justices.

## **O R D E R**

This 12th day of April 2018, after careful consideration of the parties' briefs and the record on appeal, it appears to the Court that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in the Commissioner's June 19, 2017 Report and Recommendation as adopted by the Superior Court in its September 12, 2017 Order.[1]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court be AFFIRMED.

BY THE COURT:

/s/ Gary F. Traynor
Justice

---

[1] *State v. Woodlin*, 2017 WL 4023290 (Del. Super. Ct. Sept. 12, 2017).